UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIR ABDULLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 23-cv-02996-PCP<br><br>**ORDER OF TRANSFER** |

Tamir Abdullah filed this *pro se* civil rights action complaining about events and omissions occurring in San Bernardino County, California, which lies within the venue of the Central District of California. 28 U.S.C. § 84(c). Although Mr. Abdullah also complains of events at High Desert State Prison and Corcoran State Prison, which lie within the Eastern District of California, and in Killeen, Texas, which lies within the Western District of Texas, the bulk of the events and the defendants discussed in the complaint reside in San Bernardino County. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District of California. Venue therefore would be proper in the Central District of California and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California, Eastern Division.

**IT IS SO ORDERED.**

Dated: March 1, 2024

_____
P. Casey Pitts
United States District Judge