UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  ED CV 24-00478-WDK-JC | Date:  July 2, 2024 |
| Title:  Tamir Abdullah v. State of California, et al. | |

Present:  The Honorable WILLIAM D. KELLER, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Kevin Reddick | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER DISMISSING CASE FOR FAILURE TO PAY FULL FILING FEE OR FILE A COMPLETE REQUEST FOR *IN FORMA PAUPERIS* STATUS

   All parties instituting a civil action, suit, or proceeding in a district court of the United States must pay a filing fee.  28 U.S.C. § 1914(a).  An action may proceed despite a party's failure to pay the filing fee only if the party is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1).  However, prisoners must still pay the filing fee but may do so through monthly installment payments if granted *in forma pauperis* status.  28 U.S.C. § 1915(b).

   On July 3, 2023, Plaintiff, an inmate incarcerated at the Bell County Jail in Killeen, Texas, filed a Complaint and a request to proceed *in forma pauperis* ("Request").  (Docket Nos. 5, 7).  On March 1, 2024 the case was transferred to the Central District of California.  (Docket No. 18.)  On March 19, 2024, the Court postponed ruling on the Request because Plaintiff failed to provide the required certificate of authorized officer and a legible certified copy of his prison or jail trust fund statement for the last six months.  (Docket No. 21).  The Court directed him to refile his Request, including with the missing documentation.  (*Id.*).  The Court warned that if Plaintiff did not comply within 30 days, the case would be dismissed without prejudice.  (*Id.*).

   To date, Plaintiff has not paid the filing fee or provided the necessary information to determine *in forma pauperis* status.  The Plaintiff did file a Declaration in response to the Court's Order of March 19, 2024, however, it does not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.**  ED CV 24-00478-WDK-JC  **Date:** July 2, 2024

Title: Tamir Abdullah v. State of California, et al.

provide any of the information requested by the Court. (Docket No. 22).

    Accordingly, Plaintiff's Request is DENIED as incomplete, and this action is DISMISSED without prejudice. *See, e.g., Allen v. United States Dist. Ct. Dist. of Nevada*, 2022 WL 16702429, at *2 (D. Nev. Oct. 25, 2022) (dismissing § 1983 action where inmate failed to pay full filing fee or file a complete request for *in forma pauperis* status).

    IT IS SO ORDERED.